IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PYONGHAE HELEN YUN, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:15-cv-2516 |
| | § | |
| vs. | § | |
| | § | |
| KOREAN AIR LINES CO., LTD., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR DISMISSAL

1. Plaintiff moves for an order dismissing plaintiff's lawsuit without prejudice for re-filing of same.

2. The grounds for this motion are Plaintiff seeks a dismissal because Defendant claims there is no subject matter jurisdiction under the Montreal Convention in the United States. Rather than litigate the issue of subject matter jurisdiction, Plaintiff wishes to dismiss her case in the United States and proceed in Korea.

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

                                                Respectfully submitted,

                                                **SLACK & DAVIS, L.L.P.**
                                                Ladd C. Sanger
                                                Texas State Bar No. 00797378
                                                2911 Turtle Creek Boulevard, Suite 1400
                                                Dallas, Texas  75219
                                                Tel:  (214) 528-8686
                                                Fax: (214) 528-6989
                                                lsanger@slackdavis.com

                                                s/ Ladd C. Sanger_____
                                                **LADD C. SANGER**
                                                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 11th, 2016, I conferred with Andrew Harakas, counsel for Defendant, and he does not oppose Plaintiff's Motion for Voluntary Dismissal.

                                              s/ Ladd C. Sanger
                                              **LADD C. SANGER**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document shall be served via ECF on this 11th day of July, 2016, on the following:

Geffrey W. Anderson
Anderson & Riddle, LLP
1604 8th Avenue
Fort Worth, Texas 76104
ganderson@andersonriddle.com

Andrew J. Harakas
Clyde & Co. US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
andrew.harakas@clydeco.us

                                              /s/ Ladd C. Sanger
                                              **LADD C. SANGER**